**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| IN RE: <br>     CATHERINE M. BECKETT <br>     DEBTOR | CHAPTER 13 <br><br> CASE NUMBER: 15-14564-ELF |
|---|---|

## NOTICE OF APPEARANCE

**MTGLQ INVESTORS, L.P.** a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**William E. Miller, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

Dated: November 29, 2017

By:   */s/ William E. Miller, Esquire*
     William E. Miller, Esquire
     Bar No: 308951
     Stern & Eisenberg, PC
     1581 Main Street, Suite 200
     The Shops at Valley Square
     Warrington, PA 18976
     Phone: (215) 572-8111
     Fax: (215) 572-5025
     wmiller@sterneisenberg.com
     Attorney for Creditor

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been sent by electronic means via the Court's CM/ECF notification system on November 29, 2017, to the following:

Michael Cataldo
Cibik & Cataldo, PC
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
ecf@ccpclaw.com
*Attorney for Debtor(s)*

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107
wcmiller@ramapo.com
*Chapter13 Trustee*

Office of the U.S. Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Catherine M. Beckett
7320 Chelwyned Avenue
Philadelphia, PA 19153
*Debtor*

Dated: November 29, 2017

By: /s/ William E. Miller, Esquire

William E. Miller, Esquire
Bar No: 308951
Stern & Eisenberg, PC
1581 Main Street, Suite 200,
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
wmiller@sterneisenberg.com
Attorney for Creditor