**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE                                    :Chapter13
**Catherine M. Beckett**


   (DEBTOR)                              :Bankruptcy#15-14564ELF


<u>PRAECIPE</u>


TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

    Kindly withdraw the Answer to the Motion for Relief filed by MTGLQ. Document number 34.



DATED:February 26, 2018          _____/s/_____
                                 Michael A.Cataldo, Esquire
                                 Cibik and Cataldo, P.C.
                                 1500 Walnut Street, Suite 900
                                 Philadelphia, PA 19102
                                 (215) 735-1060