William E. Miller, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA
# (PHILADELPHIA)

| IN RE:<br><br>   CATHERINE M. BECKETT<br>                DEBTOR | CHAPTER 13<br><br>CASE NUMBER: 15-14564-ELF |
|---|---|

## ORDER

AND NOW, this __28th__ day of __February__, 2017, upon the motion of MTGLQ INVESTORS, L.P. (hereafter "Movant"), and withdrawal of the Debtor's Answer thereto, it is

**ORDERED** that Movant (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all *in rem* rights Movant has under state and federal law concerning the Property (the "Property"):  7320 CHELWYNDE AVE, PHILADELPHIA, PA 19153.

It is further **ORDERED** that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**