United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 15-14564-elf
Catherine M. Beckett                                                     Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Feb 28, 2018
                Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2018.
db           +Catherine M. Beckett,    7320 Chelwynde Avenue,    Philadelphia, PA 19153-2206
13742311     +MTGLQ Investors, L.P.,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
               Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2018 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    JPMorgan Chase Bank, National Association
       agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      MICHAEL A. CATALDO2    on behalf of Debtor Catherine M. Beckett ecf@ccpclaw.com,
       igotnotices@ccpclaw.com
      MICHAEL A. CIBIK2    on behalf of Debtor Catherine M. Beckett ecf@ccpclaw.com,
       igotnotices@ccpclaw.com
      THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
       tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM EDWARD MILLER    on behalf of Creditor    MTGLQ Investors, L.P. c/o Shellpoint Mortgage
       Servicing wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                        TOTAL: 7

William E. Miller, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA
# (PHILADELPHIA)

| | |
|---|---|
| IN RE:<br>CATHERINE M. BECKETT<br>DEBTOR | CHAPTER 13<br><br>CASE NUMBER: 15-14564-ELF |

## ORDER

AND NOW, this __28th__ day of __February__, 2017, upon the motion of MTGLQ INVESTORS, L.P. (hereafter "Movant"), and withdrawal of the Debtor's Answer thereto, it is

**ORDERED** that Movant (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all *in rem* rights Movant has under state and federal law concerning the Property (the "Property"):  7320 CHELWYNDE AVE, PHILADELPHIA, PA 19153.

It is further **ORDERED** that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**