# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                           Chapter 13

                           Bankruptcy No. 15-14564-ELF

CATHERINE M. BECKETT

7320 CHELWYNDE AVENUE

PHILADELPHIA, PA 19153

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

CATHERINE M. BECKETT

7320 CHELWYNDE AVENUE

PHILADELPHIA, PA 19153

Counsel for debtor(s), by electronic notice only.

MICHAEL A CATALDO
1500 WALNUT ST
SUITE 900
PHILADELPHIA, PA 19102-

Date: 7/12/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee