United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 15-14564-elf
Catherine M. Beckett                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW          Page 1 of 2             Date Rcvd: Aug 15, 2018
                            Form ID: pdf900         Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2018.
```
db             +Catherine M. Beckett,    7320 Chelwynde Avenue,    Philadelphia, PA 19153-2206
cr             +MTGLQ Investors, L.P. c/o Shellpoint Mortgage Serv,    PO Box 10826,   Greenville, SC 29603-0826
13557045       +Chase,   PO Box 78420,   Phoenix, AZ 85062-8420
13557046       +Chase Mtg,   P.o. Box 24696,   Columbus, OH 43224-0696
13557052       +ER Solutions/Convergent Outsourcing, INC,   PO Box 9004,    Renton, WA 98057-9004
13557051       +Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
13557053       +Experian,   Profile Maintenance,   P.O. Box 9558,   Allen, Texas 75013-9558
13557055       +IC System,   Attn: Bankruptcy,   444 Highway 96 East; PO Box 64378,   St. Paul, MN 55164-0378
13621598       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,   OH4-7142,   Columbus, OH 43219-6009
13557056       +KML Law Group,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
13742311       +MTGLQ Investors, L.P.,    c/o Shellpoint Mortgage Servicing,   PO Box 10826,
                 Greenville, SC 29603-0826
13557057        PA Dept. of Revenue,    Bankruptcy Division,   Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
13557059       +PGW,   Legal Dept. 4th Floor,   800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13557060       +Trans Union Corporation,   Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Aug 16 2018 02:03:11     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 16 2018 02:02:50
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 16 2018 02:03:00     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13557044       +E-mail/Text: EBNProcessing@afni.com Aug 16 2018 02:02:57     Afni, Inc.,   Attn: Bankruptcy,
                 PO Box 3097,   Bloomington, IL 61702-3097
13560929        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 16 2018 02:15:09
                 American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13557049        E-mail/Text: megan.harper@phila.gov Aug 16 2018 02:03:11     City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,   1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
13557050        E-mail/Text: megan.harper@phila.gov Aug 16 2018 02:03:11     City of Philadelphia,
                 Bankruptcy Unit,   15th Floor,   1515 Arch Street,   Philadelphai, PA 19102
13557047       +E-mail/Text: ecf@ccpclaw.com Aug 16 2018 02:02:34     Cibik and Cataldo, P.C.,
                 1500 Walnut St., Suite 900,   Philadelphia, PA 19102-3518
13557054        E-mail/Text: cio.bncmail@irs.gov Aug 16 2018 02:02:37     I.R.S.,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
13621783        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 16 2018 02:14:18
                 LVNV Funding, LLC its successors and assigns as,   assignee of North Star Capital,
                 Acquisition LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13557058        E-mail/Text: bankruptcygroup@peco-energy.com Aug 16 2018 02:02:38     Peco Energy,
                 2301 Market Street # N 3-1,   Legal Department,   Philadelphia PA 19103-1338
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13557048*      +Cibik and Cataldo, P.C.,   1500 Walnut Street,   Suite 900,    Philadelphia, PA 19102-3518
                                                                                       TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: ChrissyW              Page 2 of 2                   Date Rcvd: Aug 15, 2018
                               Form ID: pdf900             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   JPMorgan Chase Bank, National Association
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2   on behalf of Debtor Catherine M. Beckett ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Catherine M. Beckett ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              THOMAS I. PULEO    on behalf of Creditor   JPMorgan Chase Bank, National Association
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor   MTGLQ Investors, L.P. c/o Shellpoint Mortgage
               Servicing wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                          TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CATHERINE M. BECKETT                             Chapter 13

            Debtor              Bankruptcy No. 15-14564-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: August 15, 2018**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL A CATALDO
1500 WALNUT ST
SUITE 900
PHILADELPHIA, PA 19102-


Debtor:
CATHERINE M. BECKETT

7320 CHELWYNDE AVENUE

PHILADELPHIA, PA 19153